**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF TEXAS

Case number *(if known)* _____   Chapter ___7___

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     **04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Painted Tree Houston, LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 82-4428358 |

**4. Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 5407 Cypress Creek Pkwy<br>Houston, TX 77069<br>Number, Street, City, State & ZIP Code | One Allied Drive, Suite 1300<br>Little Rock, AR 72202<br>P.O. Box, Number, Street, City, State & ZIP Code |
| Harris<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | https://paintedtree.com/ |

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Painted Tree Houston, LLC**                                             Case number (*if known*) _____
        Name

**7.   Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____4594_____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____   When _____   Case number _____
District _____   When _____   Case number _____

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

Official Form 201            **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                     page 2

| Debtor | Painted Tree Houston, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

List all cases. If more than 1, attach a separate list

| Debtor | See Rider 1 | Relationship | Affiliate |
|---|---|---|---|
| District | USBC - Southern District of Texas | When _____ | Case number, if known _____ |

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    Painted Tree Houston, LLC                                    Case number (*if known*)
          Name

| | |
|---|---|

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    April 28, 2026
               MM / DD / YYYY

**X** /s/ Joe Courtright                          Joe Courtright
Signature of authorized representative of debtor   Printed name

Title    Manager of Jayhawk-PTM Investco, LLC

**18. Signature of attorney**

**X** /s/ Aaron J. Power                          Date   April 28, 2026
Signature of attorney for debtor                         MM / DD / YYYY

Aaron J. Power
Printed name

Porter Hedges LLP
Firm name

1000 Main Street, 36th Floor
Houston, TX 77002
Number, Street, City, State & ZIP Code

Contact phone   (713) 226-6000        Email address   apower@porterhedges.com

24058058 TX
Bar number and State

**Rider 1**

**Affiliated Entities**

On April 28, 2026, and dates following, each of the affiliated entities listed below (including the debtor in this chapter 7 case) filed in the United States Bankruptcy Court for the Southern District of Texas a petition for relief under chapter 7 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532. Contemporaneously with the filings of these petitions, such entities filed a motion requesting joint administration of their chapter 7 cases under the case number assigned to the chapter 7 case of Painted Tree Houston, LLC.

1. Painted Tree Houston, LLC
2. PTM Staffing LLC
3. Painted Tree Austin LLC
4. Painted Tree Bloomingdale, LLC
5. Painted Tree Bloomington LLC
6. Painted Tree Buford, LLC
7. Painted Tree Cary, LLC
8. Painted Tree Chandler, LLC
9. Painted Tree Cincinnati, LLC
10. Painted Tree Cinco Ranch, LLC
11. Painted Tree Clive, LLC
12. Painted Tree Colorado Springs, LLC
13. Painted Tree Cooper City, LLC
14. Painted Tree Crestview Hills, LLC
15. Painted Tree DFW, LLC
16. Painted Tree Dulles, LLC
17. Painted Tree Edmond, LLC
18. Painted Tree Fort Wayne, LLC
19. Painted Tree Franklin, LLC
20. Painted Tree Frisco, LLC
21. Painted Tree Gastonia LLC
22. Painted Tree Gilbert, LLC
23. Painted Tree Glen Allen, LLC
24. Painted Tree Grapevine, LLC
25. Painted Tree Hilltop, LLC
26. Painted Tree Homestead, LLC
27. Painted Tree Humble, LLC
28. Painted Tree Kansas City, LLC
29. Painted Tree Kildeer, LLC
30. Painted Tree Knoxville, LLC
31. Painted Tree Lewis Center, LLC
32. Painted Tree Lewisville, LLC
33. Painted Tree Lincoln LLC
34. Painted Tree Madison, LLC
35. Painted Tree Mansfield, LLC

36. Painted Tree Maplewood, LLC
37. Painted Tree Marketplace, LLC
38. Painted Tree Matthews, LLC
39. Painted Tree Memphis, LLC
40. Painted Tree Midlothian, LLC
41. Painted Tree Moore, LLC
42. Painted Tree Murfreesboro, LLC
43. Painted Tree Naperville, LLC
44. Painted Tree Northglenn, LLC
45. Painted Tree Omaha, LLC
46. Painted Tree Orem, LLC
47. Painted Tree Overland Park, LLC
48. Painted Tree Raleigh, LLC
49. Painted Tree Reno, LLC
50. Painted Tree River Ridge, LLC
51. Painted Tree Roswell, LLC
52. Painted Tree Round Rock, LLC
53. Painted Tree San Antonio, LLC
54. Painted Tree Scottsdale, LLC
55. Painted Tree Sherwood, LLC
56. Painted Tree Snellville, LLC
57. Painted Tree St. Louis, LLC
58. Painted Tree Sterling, LLC
59. Painted Tree Sugarland, LLC
60. Painted Tree Tulsa, LLC
61. Painted Tree Tyler, LLC
62. Painted Tree Vintage Market Highland Village, LLC
63. Painted Tree Vintage Market LLC
64. Painted Tree Webster, LLC
65. Painted Tree Westchase, LLC

# PAINTED TREE HOUSTON, LLC

*Written Consent of the Sole Manager*

April 27, 2026

The undersigned, being the sole manager (the "***Manager***") of Painted Tree Houston, LLC, an Arkansas limited liability company (the "***Company***"), hereby approves, consents to, and adopts the following recitals and resolutions, and the actions authorized in such recitals and resolutions, as the act of the Manager by written consent as of the date set forth above.

### *Filing of Bankruptcy Petition*

WHEREAS, pursuant to the Amended and Restated Limited Liability Company Agreement of the Company dated effective as of March 21, 2024, the Manager has exclusive and complete authority and discretion to manage the operation and affairs of the Company and to make all decisions regarding the business of the Company;

WHEREAS, the Manager, acting pursuant to the laws of the State of Arkansas, has considered the financial and operational aspects of the Company's business;

WHEREAS, the Manager has reviewed the historical performance of the Company and the current and long-term liabilities of the Company; and

WHEREAS, the Manager has analyzed each of the strategic alternatives available to the Company.

NOW, THEREFORE, BE IT RESOLVED, that in the judgment of the Manager, it is desirable and in the best interests of the Company, its creditors, employees and other interested parties that a petition (the "***Petition***") be filed by the Company seeking relief under the provisions of Chapter 7 of Title 11 of the United States Code (the "***Bankruptcy Code***");

FURTHER RESOLVED, that each officer of the Company's Manager (each an "***Authorized Person***") shall be, and hereby is authorized, directed, and empowered on behalf of and in the name of the Company to execute and verify the Petition as well as all other ancillary documents and cause the Petition to be filed in the United Starts Bankruptcy Court for the Southern District of Texas or such court determined to be appropriate by the Authorized Person (the "***Bankruptcy Court***") and make or cause to be made prior to execution thereof any modifications to the Petition or ancillary documents as the Authorized Person, in such Authorized Person's discretion, deems necessary or desirable to carry out the intent and accomplish the purposes of these resolutions (such approval to be conclusively established by the execution thereof by such Authorized Person);

RESOLVED FURTHER, that each Authorized Person, on behalf of the Company, is authorized, empowered and directed to retain the law firm of Porter Hedges LLP ("***PH***") as bankruptcy counsel to represent and assist the Company in carrying out its duties under Chapter 7 of the Bankruptcy Code, and to take any and all actions to advance the Company's rights in connection therewith;

18372018v1

RESOLVED FURTHER, that each Authorized Person be, and hereby is authorized and directed to employ any other professionals necessary to assist the Company in carrying out its duties under the Bankruptcy Code;

RESOLVED FURTHER, that each Authorized Person be, and hereby is authorized on behalf of the Company to take any and all actions, to execute, deliver, certify, file and/or record and perform any and all documents, agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities or certificates and to take any and all actions and steps deemed by an Authorized Person to be necessary or desirable to carry out the purpose and intent of each of the foregoing resolutions and to effectuate a successful Chapter 7 case; and

RESOLVED FURTHER, that any and all actions heretofore taken by either Authorized Person or the Manager in the name and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing resolutions be, and hereby are, ratified, confirmed, and approved in all respects.

***General***

RESOLVED FURTHER, that all acts and deeds heretofore done or actions taken by the Manager or any officer or agent of the Company for and on behalf of the Company in entering into, executing, acknowledging or attesting any arrangements, agreements, instruments, or documents in carrying out the terms and intentions of the foregoing preambles and resolutions be and each of them hereby are ratified, approved, and confirmed in all respects as the acts and deeds of the Company;

RESOLVED FURTHER, that each Authorized Person be, and hereby is authorized, directed, and empowered, in the name and on behalf of the Company, to take further action as he or she may deem necessary or advisable in connection with the above-referenced transactions, including execution of any document necessary to complete the above-referenced transactions; and

RESOLVED FURTHER, that each Authorized Person be, and hereby is authorized, directed and empowered, in the name and on behalf of the Company, to execute and deliver or cause to be executed and delivered any and all other agreements, certificates, reports, applications, notices, letters or other documents (including all instruments contemplated by any of the above documents), and to do or cause to be done any and all further acts as such Authorized Person shall deem necessary, appropriate or desirable to comply with the applicable laws and regulations of any jurisdiction (domestic or foreign) or otherwise permit the Company to fully and promptly carry out the purposes and intent of the foregoing preambles and resolutions and to consummate the transactions contemplated thereby, and any such action taken or any agreement, amendment, certificate, report, application, notice, letter or other document executed and delivered by them or any of them in connection with any such action shall be conclusive evidence of their or his or her authority to take, execute and deliver the same.

[*Signature page follows*]

2

18372018v1

The undersigned, being the Manager, executes this written consent effective as of the date first set forth above.

MANAGER:

**Painted Tree Marketplace, LLC,**

**By: Jayhawk-PTM Investco, LLC, its Manager**

By: _____

Name:  Joe Courtright

Title:    Manager

[SIGNATURE PAGE TO WRITTEN CONSENT OF THE SOLE MANAGER – PAINTED TREE HOUSTON, LLC]

18372018v1